**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MALIK A KHABIR,                                                                         PLAINTIFF
ADC #106881

v.                            5:12-cv-00267-SWW-JTK

CURTIS MEINZER, et al.                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of October 2012.

                                               /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE